USCA1 Opinion

 

 January 31, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1788 MAXWELL M. TAYLOR, Plaintiff, Appellant, v. DIRECTOR, HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ___________________ Maxwell M. Taylor on brief pro se. _________________ Carolyn M. Kirby, Assistant County Attorney, on brief for _________________ appellees. __________________ __________________ Per Curiam. We have reviewed the briefs and the record __________ below. We affirm essentially for the reasons stated in the magistrate judge's report and recommendation, dated June 30, 1993, which was adopted by the district court in an order dated July 13, 1993, judgment entering July 14, 1993. Affirmed. ________